# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kenneth E Williams, PhD, | Case No: 1:20-cv-2165 |
| Plaintiff | (Judge Kane) |
| *versus* | Jury Trial Demanded |
| Shippensburg University of Pennsylvania, | |
| Defendant | |

## STIPULATION OF DISMISSAL OF COUNT III

Plaintiff Kenneth E Wiliams hereby withdraws and dismisses Count III (PA Human Relations Act) of the complaint.

    Respectfully submitted,

    /s/ Anthony T Bowser
    Anthony T Bowser (ID # 204561)
    KREVSKY BOWSER
    20 Erford Road | Suite 300a
    Lemoyne, Pa 17043
    717-731-8600
    abowser@krevskybowser.com
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on December 11, 2023, a copy of the foregoing document was filed using the Middle District of Pennsylvania's ECF system causing a notice of electronic filing to be served upon the following counsel of record:

Francis H Pryzbylkowski, Esquire
Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
fpryzbylkowski@attorneygeneral.gov
*Counsel for Defendant*

    Respectfully submitted,

    KREVSKY BOWSER LLC

    /s/ Anthony T Bowser