IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH E. WILLIAMS, PHD,** | : | |
| Plaintiff | : | No. 1:20-cv-02165 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **SHIPPENSBURG UNIVERSITY OF PENNSYLVANIA,** | : | |
| | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 18th day of July 2024, upon consideration of Shippensburg University of Pennsylvania ("Defendant")'s Motion for Summary Judgment (Doc. No. 49) and supporting briefs and papers (Doc. Nos. 50, 51, 55), Plaintiff Kenneth E. Williams, PhD ("Plaintiff")'s brief in opposition and supporting papers (Doc. Nos. 53, 54, 60), **IT IS ORDERED THAT** Defendant's Motion for Summary Judgment (Doc. No. 49) is **DENIED**.[1]

**IT IS FURTHER ORDERED THAT** a status telephone conference shall be held on **July 25, 2024** at **10:30 AM** to discuss a potential date for trial of this matter. The telephone number of the Court for purposes of this call is 717-221-3900. Plaintiffs' counsel shall initiate the telephone call.

/s/Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

---

[1] Defendant's motion seeks summary judgment on Plaintiff's claims of: (1) retaliation under the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq.; and (2) retaliation under the Americans with Disabilities Act, 42 U.S.C § 12101 et seq. Viewing the evidence of record in the light most favorable to Plaintiff, the Court concludes that Plaintiff has raised a genuine dispute of material fact as to both of his claims, and accordingly, Defendant's motion is appropriately denied. See Fed. R. Civ. P. 56(a).